**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 37 MAP 2014
:
              Appellant : Appeal from the Order of the Montgomery
: County Court of Common Pleas, dated
: March 21, 2014, exited March 24, 2014, at
            v. : No. CP-46-CR-0002521-2013
:
:
KHALIL A. BLAKENEY, :
:
            Appellee :

## ORDER

**PER CURIAM**

    **AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED**.  See Commonwealth v. Hopkins, 117 A.3d 247 (Pa. 2015).